## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW D. WEST,<br><br>            Plaintiff,<br><br>v.<br><br>EBAY, INC.<br><br>            Defendant. | Civil Action No. 1:17-cv-285 (MAD/CFH) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.3, hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein against Defendant eBay Inc.  Each party that has appeared in this action joins in this stipulation, and no party hereto is an infant or incompetent.

Each party shall bear its own attorneys' fees and costs.

Dated: March 22, 2018

**THE WEST FIRM, PLLC**

By: _____
Thomas S. West (Bar Number: 102812)
The West Firm, PLLC
677 Broadway, 8th Floor
Albany, New York 12207
Telephone (Office): 518-641-0500
Facsimile: 518-615-1500
E-mail: twest@westfirmlaw.com

*Attorneys for Plaintiff Andrew D. West*

Dated: March 22, 2018

By: **QUINN EMANUEL URQUHART & SULLIVAN LLP**

_____
David M. Grable (Bar Number: 105607)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street,
Los Angeles, California 90017
Telephone: 213-443-3000
Facsimile:  213-443-3100
Email: davegrable@quinnemanuel.com

*Attorneys for Defendant eBay Inc.*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:    March 26, 2018
         Albany, NY

1